

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00337-CV

———————————————

IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AND MARK EDWIN JOHNSON, Relators

Original Proceeding
County Court at Law No. 2 of Tarrant County, Texas
Trial Court No. 2017-007700-2

Before Birdwell, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and emergency motion for stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and emergency motion for stay are denied.

Per Curiam

Delivered:  September 19, 2023